**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

GAUDIA MARTINEZ,

          Plaintiff,

vs.

LOWE'S HOME CENTERS, LLC,

          Defendant.

2:16-cv-01783-GMN-VCF

**<u>ORDER</u>**

     Before the court is the Joint Status Report Regarding Settlement (ECF No. 29).

     Accordingly,

     IT IS HEREBY ORDERED that the parties must file a proposed stipulation and order for dismissal on or before January 7, 2019.  All pretrial deadlines are stayed.

     DATED this 10th day of December, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE